JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN SANCHEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>W. MONTGOMERY, Warden,<br><br>　　　　Respondent. | Case No. CV 13-7810 PA (MRW)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: October 19, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. PERCY ANDERSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE